IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

**CLIFTON BRYANT and**
**JUDY BRYANT,**

       NO. 3:13-cv-00663-CLC-CCS
       JURY DEMANDED

    Plaintiffs,

vs.

**THE STANDARD FIRE INSURANCE CO.,**

    Defendant.

## STIPULATION OF DISMISSAL

Come now the parties, by and through their respective counsel, and stipulate that all claims in controversy regarding this matter have been resolved and that this action should be dismissed with prejudice. Therefore, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice. No party will seek discretionary costs, attorneys' fees, or expenses.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL

By:    _s/ Jonathan D. Stewart_
        Russell E. Reviere, BPR No. 07166
        Jonathan D. Stewart, BPR No. 23039
        *Attorneys for Defendant*
        209 East Main Street
        P. O. Box 1147
        Jackson, TN  38302-1147
        (731) 423-2414
        rreviere@raineykizer.com

BAKER ASSOCIATES


By: ___s/ Travis D. McCarter___ _____
Travis D. McCarter, BPR No. 029293
*Attorney for Plaintiffs*
129 Commerce Street
Sevierville, TN 37862
(865) 428-2345