IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CLIFTON BRYANT and
JUDY BRYANT,

      NO. 3:13-cv-00663-PLR-CCS

    Plaintiffs,

vs.

THE STANDARD FIRE INSURANCE CO.,

    Defendant.

## ORDER ON STIPULATION OF DISMISSAL

WHEREAS the parties, Clifton Bryant and Judy Bryant, as Plaintiffs and The Standard Fire Insurance Company, as Defendant, by and through their designated counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that they have fully and finally compromised and settled all disputes between them and that this action should be dismissed with prejudice.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that this action be, and the same is hereby, dismissed with prejudice.

                                              */s/ Pamela L. Reeves*
                                            HON. PAMELA L. REEVES
                                            UNITED STATES DISTRICT JUDGE